UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| KAREN WALKER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:04-CV-06 |
| | ) | (Shirley) |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c) and Rule 73(b) of the Federal Rules of Civil Procedure, for all further proceedings, including entry of judgment. [Doc. 6].

This matter came before the Court on July 1, 2005, for a scheduled telephone conference. The defendant moves this Court for an Oral Motion to Continue, seeking to continue the trial of this matter, which is currently set for September 20, 2005, due to the fact that the parties have mediated this case twice unsuccessfully and need additional time to prepare for trial.

For good cause shown, the defendants Oral Motion for a Continuance is **GRANTED**. A pretrial conference shall be held on **October 25, 2005 at 1:30 p.m.** The trial of this matter shall be continued until **November 7, 2005 at 9:00 a.m.** None of the dates and deadlines set forth in the Scheduling Order [Doc. 9], other than those which are dependent upon the trial date, shall be affected by this continuance.

**IT IS SO ORDERED.**

ENTER:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge